

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

(1) The motion is granted.

(2) Each side shall bear its own costs.

**L–3 GLOBAL COMMUNICATIONS SOLUTIONS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5180.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2008.

Ronald K. Henry, Kaye Scholer LLP, Washington, DC, for Plaintiff–Appellant.

Dawn S. Conrad, Department of Justice, Washington, DC, for Defendant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss its appeal, .

IT IS ORDERED THAT:

**In Re Kristen K. POLIAFICO, Michael Coyle, Matthew Marello, and Thomas M. Frantz.**

No. 2008–1608.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2008.

Sydney O. Johnson, Jr., Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

Robert A. Koons, Jr., Drinker Biddle & Reath LLP, Philadelphia, PA, for Kristen K. Poliafico, Michael Coyle, Matthew Marello, Thomas M. Frantz.

ON MOTION

*ORDER*

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.